### (February 23, 1961)

■ In the Matter of OLD REPUBLIC LIFE INSURANCE COMPANY, Appellant, v. THOMAS THACHER, as Superintendent of Insurance of the State of New York, Respondent.— Appeal from an order of Special Term, Supreme Court, Albany County. Order affirmed, with $10 costs. (See *Matter of Old Republic Life Ins. Co.* v. *Wikler,* 12 A D 2d 310.) Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

## FOURTH DEPARTMENT, FEBRUARY, 1961

### (February 16, 1961)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES GORE, Appellant.— Judgment of conviction unanimously reversed on the law and facts and a new trial granted. Memorandum: The defendant was convicted of robbery in the third degree. The only witnesses to testify on behalf of the People were the victim of the alleged robbery and a police officer. Over objection, the police officer was permitted to testify that the defendant had been identified by complainant in a police line up. The objection should have been sustained and the answer stricken. Identification by a witness, given on a trial, cannot be "bolstered" by testimony that the witness had previously made a similar identification. (*People* v. *Trowbridge,* 305 N. Y. 471; *People* v. *Brown,* 2 A D 2d 202.) The answer was a damaging conclusion and the question of identification was important because the defendant produced alibi witnesses. (Appeal from judgment of Erie County Court convicting defendant of the crime of robbery, third degree.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ , In the Matter of LEVI HARNER et al., Petitioners, v. NEW YORK STATE HARNESS RACING COMMISSION, Respondent.— Determination unanimously annulled, with $50 costs and disbursements. Memorandum: Following a hearing, respondent found that petitioners violated rule 18 (§ 4 [P]) of the New York State Harness Racing Commission Rules by driving in a manner unsatisfactory to the judges due to indifference or lack of effort and suspended their licenses. We find no substantial evidence in support of these findings. (Review of the determination of the State Harness Racing Commission, affirming the suspension of petitioners' licenses for driving harness horses for five days, by judges at Batavia Downs, which proceeding was transferred to the Appellate Division for determination by order of Erie Special Term.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.